# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>　　　　　　　　Petitioner,<br>v.<br>WILLIAM HUTCHINGS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

　　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner Asa Javon Brown's unopposed first Motion for Extension of Time (ECF No. 13) is GRANTED.  Brown has until July 5, 2022, to file an amended petition for writ of habeas corpus.[1]

　　　　Also before the Court is Brown's Motion for Status Check (ECF No. 8).  Brown filed his motion for status check before his appointed counsel entered a notice of appearance (ECF No. 10).  Counsel represented that he has met with Brown at High Desert State Prison (ECF No. 13).  Accordingly, his motion for status check is denied as moot.

**IT IS THEREFORE ORDERED:**

1. Petitioner Asa Javon Brown's unopposed first Motion for Extension of Time (ECF No. 13) is granted.

2. Petitioner Asa Javon Brown's Motion for Status Check (ECF No. 8) is denied as moot.

DATED: April 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims.  That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.  *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).