# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ASA JAVON BROWN,

    Petitioner,

v.

WILLIAM HUTCHINGS, et al.,

    Respondents.

Case No. 2:21-cv-01396-GMN-VCF

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Asa Javon Brown's unopposed second Motion for Extension of Time (ECF No. 15) is GRANTED. Brown has until September 6, 2022, to file an amended petition for writ of habeas corpus.[1]

**IT IS THEREFORE ORDERED:**

1. Petitioner Asa Javon Brown's unopposed second Motion for Extension of Time (ECF No. 15) is granted.

DATED: July 25, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).