UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON,[1] et al.,<br><br>    Respondents | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

Petitioner filed an Unopposed Motion for Extension of Time to File First Amended Petition (Third Request) requesting a 59-day extension of time. (ECF No. 17 ("Motion").) The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED**:

1. Petitioner's motion (ECF No. 17) is granted. The deadline to file the First Amended Petition is November 4, 2022.

2. The Clerk of the Court is directed to substitute Calvin Johnson for respondent William Hutchings.

Dated: September 7, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] According to the state corrections department's inmate locator page, Petitioner Asa Javon Brown is incarcerated at High Desert State Prison. The department's website reflects Calvin Johnson is the warden for that facility. https://doc.nv.gov/Facilities/HDSP_Faciltiy/. I will therefore direct the clerk of the court to substitute Calvin Johnson for respondent William Hutchings under Rule 25(d) of the Federal Rules of Civil Procedure.