UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

Petitioner filed an Unopposed Motion for Extension of Time to File a First Amended Petition (Fourth Request) requesting a 90-day extension of time. (ECF No. 19 ("Motion")). The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED**:

1. Petitioner's motion (ECF No. 17) is granted. The deadline to file the First Amended Petition is February 2, 2023.

Dated: 11/4/2022

                                                                        GLORIA M. NAVARRO<br>
                                                                        UNITED STATES DISTRICT JUDGE