# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>　　　　　　　　Petitioner,<br>v.<br>WILLIAM HUTCHINGS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner Asa Javon Brown's unopposed fifth Motion for Extension of Time (ECF No. 21) is GRANTED. The Court finds the motion is made in good faith and not solely for the purpose of delay. Brown has until May 3, 2023, to file an amended petition for writ of habeas corpus.[1]

**IT IS THEREFORE ORDERED:**

1. Petitioner Asa Javon Brown's unopposed fifth Motion for Extension of Time (ECF No. 21) is granted.

　　DATED: February 13, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).