# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>                Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>                Respondents. | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF No. 25) is GRANTED. The Court finds the motion is made in good faith and not solely for the purpose of delay. Respondents have until June 12, 2023, to file their response to Petitioner Asa Javon Brown's motion for leave to conduct discovery and for a protective order for juror information.

**IT IS THEREFORE ORDERED** that Respondents' unopposed first Motion for Extension of Time (ECF No. 25) is granted.

DATED: May 16, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE