# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>　　　　　　　Petitioner,<br>　v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

　　　　Respondents seek an extension of time to file their response to Petitioner Asa Javon Brown's motion for leave to conduct discovery and their response to the first amended petition. ECF Nos. 26, 27.  The Court finds the motions are made in good faith and not solely for the purpose of delay.  Respondents have until August 11, 2023, to file their response to Petitioner's motion for leave to conduct discovery and for a protective order for juror information as well as their response to the first amended petition for writ of habeas corpus.

　　　　**IT IS THEREFORE ORDERED** that Respondents' unopposed second Motion for Extension of Time (ECF No. 27) is granted.

　　　　IT IS FURTHER ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF No. 28) is granted.

　　　　DATED: July 19, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE