# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>                              Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                              Respondents. | Case No. 2:21-cv-01396-GMN-VCF<br><br>**ORDER** |

Petitioner seeks an extension of time to file his opposition to Respondents' Motion to Dismiss (ECF No. 42) and to file his reply in support of his Motion for Leave to Conduct Discovery (ECF No. 24). ECF No. 44.  The Court finds the motion is made in good faith and not solely for the purpose of delay.  Petitioner has until October 31, 2023, to file his opposition as well as his reply.

**IT IS THEREFORE ORDERED** that Petitioner's unopposed first Motion for Extension of Time (ECF No. 44) is granted.

DATED: September 8, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE