# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASA JAVON BROWN,<br><br>Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents. | Case No. 2:21-cv-01396-GMN-MDC<br><br>**ORDER** |

Respondents seek an extension of time to file their Answer to the remaining claims in the First Amended Petition. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first unopposed Motion for Enlargement of Time (ECF No. 59) is granted. Respondents have until June 7, 2024, to file their Answer.

DATED: May 21, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1