**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASA JAVON BROWN, | Case No. 2:21-cv-01396-GMN-MDC |
| Petitioner, | |
| v. | **ORDER** |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their Answer to the remaining claims in the First Amended Petition.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' second unopposed Motion for Enlargement of Time (ECF No. 61) is granted *nunc pro tunc*.

DATED:  June 26, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE